UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NUMBER 18-40669-bem |
| JASON MICHAEL GILBERT, ) | |
| ) | CHAPTER 13 |
| DEBTOR. ) | |
| ) | |

# FIRST REQUEST TO CONVERT CHAPTER 13 TO CHAPTER 7 BANKRUPTCY

COMES NOW JASON MICHAEL GILBERT, Debtor in the above captioned bankruptcy action and shows to this Court as follows:

1.

Debtor filed a petition under Chapter 13 of the Bankruptcy Code on March 26, 2018.

2.

Debtor may convert the Chapter 13 case to a case under Chapter 7 pursuant to the terms of Section 1307(a) of the Bankruptcy Code.

3.

Debtor has increased expenses due to a new grandchild and can no longer afford the Chapter 13 plan payment.

4.

Due to current economic circumstances, Debtor needs to convert to a Chapter 7 to obtain a fresh start.

Wherefore, Debtor prays for relief under Chapter 7 of the Bankruptcy Code.

This Monday, November 25, 2019.

/s/ Jeffrey B. Kelly
Jeffrey B. Kelly
Attorney for Debtor
GA Bar No. 412798

**Law Office of Jeffrey B. Kelly**
107 E. 5th Avenue
Rome, GA 30161
(678) 861-1127 (Phone)
(706) 413-1365 (Fax)
lawoffice@kellycanhelp.com

## AFFIDAVIT

The undersigned hereby declares under penalty of perjury, that the statements made in the foregoing First Request to Convert Chapter 13 Bankruptcy case to a Chapter 7 Bankruptcy Case are true and correct to the best of his/her information, knowledge and belief.

This Monday, November 25, 2019.


/s/Jason Michael Gilbert

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing **FIRST REQUEST TO CONVERT CHAPTER 13 TO CHAPTER 7 BANKRUPTCY** on the following by U. S. Mail, in a properly stamped and addressed envelope.

Mary Ida Townson
Chapter 13 Trustee
285 Peachtree Center Ave NE
Suite 1600
Atlanta, GA 30303-1740

Jason Gilbert
158 Turner Rd NE
Rome, GA  30165

All creditors on attached matrix.

This Monday, November 25, 2019.


  /s/ Jeffrey B. Kelly
Jeffrey B. Kelly, Esquire
Attorney for Debtor
Bar No. 412798
Law Office of Jeffrey B. Kelly
107 E. 5th Avenue
Rome, GA 30161
(678) 861-1127 (Phone)
(706) 413-1365 (Fax)
lawoffice@kellycanhelp.com

```
Label Matrix for local noticing          AFNI, Inc.                                (p)ANTERO CAPITAL  LLC
113E-4                                   PO Box 3427                               PO BOX 1931
Case 18-40669-bem                        Bloomington, IL 61702-3427                BURLINGAME CA 94011-1931
Northern District of Georgia
Rome
Mon Nov 25 12:53:28 EST 2019

Capital One Bank (USA), N.A.             Capital One Bank USA NA                   Lisa F. Caplan
PO Box 71083                             PO Box 30281                              Rubin Lublin, LLC
Charlotte, NC  28272-1083                Salt Lake City, UT 84130-0281             Suite 100
                                                                                   3145 Avalon Ridge Place
                                                                                   Peachtree Corners, GA 30071-1570

Chase/Bank One Card Service              Cooling & winter                          Coosa Valley Credit Union
PO Box 15298                             1355 Roswell Road, Suite 240              The Agee Law Firm, LLC
Wilmington, DE 19850-5298                Marietta, GA 30062-3690                   P.O. Box 2284
                                                                                   Buford GA 30515-9284


Discover Bank                            Discover Bank                             Discover FIN SVCS LLC
502 E. Market Street                     Discover Products Inc                     P.O. Box 15316
Greenwood, DE 19950-9700                 PO Box 3025                               Wilmington, DE 19850-5316
                                         New Albany, OH  43054-3025


Dish Network                             Emergency Coverage Corp                   Equifax
P.O. Box 3097                            PO Box 1123                               PO Box 740241
Bloomington, IL 61702-3097               Minneapolis, MN 55440-1123                Atlanta, GA 30374-0241



Experian                                 Floyd County Magistrate                   Floyd Medical
PO Box 9701                              3 Government Plaza Suite 227              420 East Second Avenue
Allen, TX 75013-9701                     Rome, GA 30161-2835                       Ste. 102
                                                                                   Rome, GA 30161-3210



(p)GEORGIA DEPARTMENT OF REVENUE         Jason Michael Gilbert                     Hardy Realty
COMPLIANCE DIVISION                      158 Turner Rd NE                          P.O. Box 51
ARCS BANKRUPTCY                          Rome, GA 30165-8956                       Rome, GA 30162-0051
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202


Holloway Credit Solution                 Home Point Financial Corporation          Internal Revenue Service
PO Box 230609                            11511 Luna Road, Suite 300                PO Box 7346
Montgomery, AL 36123-0609                Farmers Branch, TX 75234-6451             Philadelphia, PA 19101-7346




Jeffrey B. Kelly                         LVNV Funding, LLC its successors and assigns   Midland Credit Management, Inc.
Law Office of Jeffrey B. Kelly, P.C.     assignee of North Star Capital            as agent for Midland Funding LLC
107 E. 5th Avenue                        Acquisition LLC                           PO Box 2011
Rome, GA 30161-1725                      Resurgent Capital Services                Warren, MI 48090-2011
                                         PO Box 10587
                                         Greenville, SC 29603-0587

Midland Funding LLC                      PRA Receivables Management, LLC           (p)PORTFOLIO RECOVERY ASSOCIATES LLC
2365 Northside Drive Suite 300           PO Box 41021                              PO BOX 41067
San Diego, CA 92108-2709                 Norfolk, VA 23541-1021                    NORFOLK VA 23541-1067
```

| | | |
|---|---|---|
| Redmond<br>501 Redmond Rd<br>Rome, GA 30165-1483 | Redmond Regional Medical Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 | Samantha Baker<br>181 Welcome Trail SW<br>Apartment B<br>Rome, GA 30161-9549 |
| D. Anthony Sottile<br>Sottile & Barile, LLC<br>394 Wards Corner Road, Suite 180<br>Loveland, OH 45140-8362 | Stonegate Mortgage Corp<br>4849 Greenville Ave Suite 800<br>Dallas, TX 75206-4130 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Synchrony Bank<br>P.O. Box 965004<br>Orlando, FL 32896-5004 | The Home Depot / CBNA<br>PO Box 6497<br>Sioux Falls, SD 57117-6497 | Mary Ida Townson<br>Chapter 13 Trustee<br>Suite 1600<br>285 Peachtree Center Ave, NE<br>Atlanta, GA 30303-1259 |
| Trans Union<br>PO Box 1000<br>Chester, PA 19016-1000 | U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Ted Turner Drive, SW<br>Atlanta GA 30303-3315 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Antero Capital, LLC<br>PO BOX 1931<br>Burlingame CA 94011 | Georgia Department of Revenue<br>Bankruptcy Section<br>PO Box 161108<br>Atlanta, GA 30321-1108 | Portfolio Recovery<br>120 Corporate Blvd Suite 100<br>Norfolk, VA 23502 |

(d)Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Home Point Financial Corporation

End of Label Matrix
Mailable recipients    40
Bypassed recipients     1
Total                  41